IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WAYNE E. BELL,
    Petitioner,                                    Civil Action No. 7:13-cv-00286

v.                                                   ORDER

C. ZYCH, et al.,                            By:     Hon. Michael F. Urbanski
    Respondents.                                   United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is

**DISMISSED** without prejudice; all pending motions are **DENIED as moot**; and the case is

**STRICKEN** from the active docket.

                                          Entered: June 26, 2013

                                          /s/ Michael F. Urbanski

                                          Michael F. Urbanski
                                          United States District Judge